UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHI INC. | CIVIL ACTION NO. 6:18-cv-01491 |
| VERSUS | JUDGE JUNEAU |
| AERO PROPULSION SUPPORT, INC. | MAGISTRATE JUDGE HANNA |

### **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to dismiss (Rec. Doc. 6) is DENIED, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 31st day of May, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE